# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Mihai MOTOC,<br><br>　　　　　　　Defendant. | Case No.: **20MJ1398**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 8, 2020, within the Southern District of California, Mihai MOTOC did knowingly and intentionally import 500 grams and more, to wit: approximately 7.0 kilograms (15.54 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 9th day of April 2020.

_____
HON BARBARA L. MAJOR
United States Magistrate Judge

## STATEMENT OF FACTS

On April 8, 2020, at approximately 8:50 p.m., Mihai MOTOC ("MOTOC") a United States Citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry. MOTOC was the driver, sole occupant and registered owner of a 2000 white Ford Ranger ("the vehicle") bearing California license plates. A Customs and Border Protection Officer (CBPO) obtained a negative Customs Declaration from MOTOC. MOTOC stated he was traveling to Mira Mesa, California, in order to work.

A CBPO asked a Canine Enforcement Team to screen the vehicle and the Human and Narcotic Detection Dog alerted to two white buckets located inside the vehicle.

Further inspection of the vehicle resulted in the discovery of two packages concealed in the white buckets, with a total approximate weight of 7.0 kilograms (15.54 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of Methamphetamine.

MOTOC was placed under arrest at approximately 11:00 p.m. and charged with a violation of Title 21, United States Code, 952 and 960, Unlawful Importation of a Controlled Substance.

MOTOC was issued a Notice to Appear in court on May 9, 2020 at 1:30 p.m.

1